```
 1 | GEORGE KING (SBN 028951)
   | KING, KING & FISHLEDER, A Professional Corporation
 2 | The 555 City Center Building
   | 555 Twelfth Street, Suite 1440
 3 | Oakland, California 94607
   | Telephone: (510) 844-3400
 4 | Facsimile:  (510) 444-3401
 5 | Attorneys for Defendant A&B Auto Company
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN SLIDER, | CASE NO.: CO8-04847 EDL |
| Plaintiff, | |
| v. | STIPULATION |
| CITY OF OAKLAND, a municipal corporation; WAYNE TUCKER, in his official capacity as Chief of Police for the City of Oakland; A&B AUTO COMPANY, a corporation; DOES 1-50, inclusive, | |
| Defendants. | |

It is hereby stipulated between Plaintiff SEAN SLIDER and Defendant A&B AUTO COMPANY, as follows:

1. A&B Auto Company ("A&B") was the towing contractor for the City of Oakland on or about October 3, 2007, and did in fact tow a vehicle registered to Sandro Slider. A copy of A&B's Stored/Towed Vehicle Report is attached hereto as Exhibit A and made a part hereof.

2. Plaintiff has filed suit against the City of Oakland, alleging certain conduct, among other things including a missing computer and its conduct as a result of a police arrest. Slider pleads that A&B might have taken Plaintiff's computer as a result of a police-ordered tow, and A&B denies that the computer was in the vehicle when it was towed. A&B further contends

STIPULATION          1          

1  that the Stored/Towed Vehicle Report attached hereto as Exhibit A contains any and all contents
2  that were in the vehicle at the time it was towed.

3.  Slider has agreed to hold the lawsuit in abeyance against A&B until Plaintiff has an opportunity to complete discovery concerning the missing computer. There are no allegations against A&B other than damages for the missing computer and its contents.

4.  A&B will produce any and all records in its possession for the inspection of Plaintiff, and has further agreed to file an appearance in the above-entitled matter on fifteenth (15) days' written notice by Plaintiff to George King of King, King & Fishleder, 555 12th Street, Suite 1440, Oakland, California 94607, if Plaintiff decides in his sound discretion that A&B has potential culpability.

IT IS SO STIPULATED.

LAW OFFICES OF JOHN L. BURRIS

Dated: November 30, 2008        By _____
                                   Benjamin Nisenbaum
                                   Attorneys for Plaintiff Sean Slider

KING, KING & FISHLEDER

Dated: November __, 2008        By _____
                                   George King
                                   Attorneys for Defendant A&B Auto Company

IT IS SO ORDERED:

Dated: Dec 1, 2008              _____
                                Magistrate Judge, United States District Court

395185  EXHIBIT A  6-B

# STORED/TOWED VEHICLE REPORT
## Oakland Police Department  536-928 (7-04)

| Field | Entry |
|---|---|
| 1. License No. | 4HHW577CA |
| State | CA |
| Mo./Yr. Exp. | 9/08 |
| 2. RD No. | 07-077345 |
| 10. Incident No. | 35 |
| CP Beat | 26X |
| 11. Reporting Person | Cunnie 8754P |
| 3. Registered Owner | SLIDER, Sandra D |
| 4. Res. Address | 1926 Lela St |
| City | Castro Valley |
| State/Zip | CA/94552 |
| 5. Year | 99 |
| Make | Honda |
| Model | Acc |
| Body Type | 4D |
| Color(s) | Wh |
| 6. VIN | 1HGCG1658XA063810 |
| 16. Time Tow Ordered | 0345 |
| 17. Arrival Time | 0405 |
| 7. Location From Where Towed | 50th Ave + San Leandro St |
| 8. Reported Date | 0302-07 Wed 0300 |
| 19. Tow Company | Tony's |
| 20. Tow No. | A-4 |
| 21. Storage Location | A+B Tow |
| 9. VC Towing Authority | 22651 P VC |
| 23. Odometer Reading | — |
| 24. Doors Locked | N |
| 25. Windows Closed | Y |
| 26. Trunk Locked | N |

27. REPRINT LICENSE: Four Henry Henry William Five Seven Seven
Original Plates on Vehicle: Both
Citation No. 4834384
Citation Issued For Violation Of: 5201VC 16028 VC

30. LIST ALL VIOLATIONS IN CONNECTION WITH THIS INCIDENT
11378 HS

32. VEHICLE DRIVER: SLIDER, Sean A   1926 Lela St   Castro Valley  CA/94552
Driver's License: A4580207

33. VEHICLE INVENTORY — Overall Condition: Minor Dents/Scratches

| Item | Y | N | Item | Y | N |
|---|---|---|---|---|---|
| Motor | | X | Radio | X | |
| Battery | | X | Tape Deck | X | |
| Radiator | | X | Speakers Custom | X | |
| Transmission | | X | Keys w/ Vehicle | X | |
| Motor Parts Missing | | X | Police Seals Affixed | | X |
| | | | R. View Mirror | X | |
| | | | S. View Mirror(s) | X | |
| | | | Trunk Punched | | X |
| | | | Spare Tire | X | |
| | | | Jack | X | |

Condition: L.F. Tire Fair, R.F. Tire Fair, R.R. Tire Fair, L.R. Tire Fair, Bumpers Fair, Seats Front Fair, Seats Rear Fair, Hub Caps (#4) Poor, Windshield Fair, Wheels—Type standard

37. Reporting Officer: A. Cunnie  Serial No. 8754P
38. Supervisor: Sgt W. Bordsley  8783P
Watch 1  Area 3  Page 1 of 1