```
 1  JOHN A. RUSSO, City Attorney, State Bar #129729
    RANDOLPH W. HALL, Assistant City Attorney, State Bar #080142
 2  JAMES F. HODGKINS, Supervising Trial Attorney, State Bar #142561
    CHARLES E. VOSE, Senior Deputy City Attorney, State Bar #139700
 3  One Frank Ogawa Plaza, 6th Floor
    Oakland, California  94612
 4  Telephone:  (510) 238-2961     Fax:  (510) 238-6500
    cevose@oaklandcityattorney.org
 5  26502/559903

 6  Attorneys for Defendants
    CITY OF OAKLAND and
 7  CHIEF WAYNE TUCKER
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN SLIDER,<br><br>Plaintiff,<br><br>CITY OF OAKLAND, a municipal corporation; WAYNE TUCKER, in his official capacity as Chief of Police for the CITY OF OAKLAND, A&B AUTO COMPANY, a corporation, DOES 1-50, inclusive,<br><br>Defendants. | Case No.:  C 08-04847 SI<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE DATE**<br><br>**THE HONORABLE SUSAN ILLSTON** |

Due to the unavailability of counsel for Defendants, and due to the current date of April 7, 2009 (set by the Court) for Plaintiff to file his First Amended Complaint, the parties to the above captioned litigation hereby stipulate, by and through their respective undersigned counsel of record, to continue the scheduled date for the Initial Case Management Conference from Friday, April 10, 2009, at 2:30 p.m., to Friday, May 15, 2009, at 2:30 p.m. or to such other date as the Court shall set.  The deadline to file the

STIPULATION AND ORDER TO CONTINUE
CASE MANAGEMENT CONFERENCE                                                                C-08-04847 SI

Joint Case Management Statement is continued from Friday, April 3, 2009 to Friday, May 8, 2009 or such other date as the Court shall set.

Respectfully submitted,

DATED: APRIL 1, 2009

JOHN A. RUSSO, City Attorney
RANDOLPH W. HALL, Assistant City Attorney
JAMES F. HODGKINS, Supervising Trial Attorney
CHARLES E. VOSE, Senior Deputy City Attorney

By: _____/s/_____
Attorneys for Defendants CITY OF OAKLAND
and CHIEF WAYNE TUCKER

DATED: APRIL 1, 2009

BENJAMIN NISENBAUM, ESQ.

By: _____/s/_____
LAW OFFICES OF JOHN BURRIS
Attorney for Plaintiff SEAN SLIDER

1  **ORDER**

2  Pursuant to the stipulation of the parties and good cause appearing therefore, it is
3  hereby ordered that the date for the Initial Case Management Conference shall be
4  continued from Friday, April 10, 2009, at 2:30 p.m., to Friday, May 15, 2009, at 2:30 p.m.
5  The deadline to file the Joint Case Management Statement is continued from Friday, April
6  3, 2009 to Friday, May 8, 2009.

7
8  **IT IS SO ORDERED.**

9  Dated:_____    _____
10                                   SUSAN ILLSTON
                                     United States District Court Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

- 3 -

STIPULATION AND ORDER TO CONTINUE
CASE MANAGEMENT CONFERENCE                                   C-08-04847 SI