CHAMBER'S COPY

JOHN A. RUSSO, City Attorney, State Bar #129729
RANDOLPH W. HALL, Assistant City Attorney, State Bar #080142
JAMES F. HODGKINS, Supervising Trial Attorney, State Bar #142561
CHARLES E. VOSE, Senior Deputy City Attorney, State Bar #139700
One Frank Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-2961    Fax: (510) 238-6500
cevose@oaklandcityattorney.org
26502/588436

Attorneys for Defendants
CITY OF OAKLAND, CHIEF WAYNE TUCKER,
SGT. WALKER BARDSLEY, OFFICERS
JOHN CUNNIE AND JOSEPH FESMIRE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN SLIDER,<br><br>Plaintiff,<br><br>CITY OF OAKLAND, a municipal corporation; WAYNE TUCKER, in his official capacity as Chief of Police for the CITY OF OAKLAND; JOHN CUNNIE, individually and in his capacity as a police officer for the CITY OF OAKLAND, JOSEPH SESMIRE, individually and in his capacity as a police officer for the CITY OF OAKLAND, WALKER BARDSLEY, individually and in his capacity as a police officer for the CITY OF OAKLAND, A&B AUTO COMPANY, a corporation; DOES 4-50, inclusive.<br><br>Defendants. | Case No.: C 08-04847 SI<br><br>**ORDER EXCUSING CHIEF WAYNE TUCKER, SGT. WALKER BARDSLEY, AND OFFICERS JOHN CUNNIE AND JOSEPH FESMIRE FROM MEDIATION**<br><br>The Honorable SUSAN ILLSTON |

Upon application by defendants in this action CHIEF WAYNE TUCKER, SGT. WALKER BARDSLEY, and OFFICERS JOHN CUNNIE AND JOSEPH FESMIRE, it

is hereby ordered as follows:

CHIEF WAYNE TUCKER, SGT. WALKER BARDSLEY, and OFFICERS JOHN CUNNIE AND JOSEPH FESMIRE are hereby excused from attending the mediation in this action, scheduled for Tuesday September 1, 2009. A command level member of the Oakland Police Department will attend the mediation session on behalf of CHIEF WAYNE TUCKER, SGT. WALKER BARDSLEY, and OFFICERS JOHN CUNNIE AND JOSEPH FESMIRE.

**IT IS SO ORDERED.**

Dated: August 4, 2009

THE HONORABLE WAYNE D. BRAZIL
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE