JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
(510) 839-5200

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN SLIDER,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF OAKLAND, a municipal corporation; WAYNE TUCKER, in his official capacity as Chief of Police for the CITY OF OAKLAND; JOHN CUNNIE, individually and in his capacity as a police officer for the CITY OF OAKLNAND; JOSEPH SESMIRE, individually and in his capacity as a police officer for the CITY OF OAKLAND; WILLIAM BARDSLEY, individually and in his capacity as a police officer for the CITY OF OAKLAND; A & B AUTO COMPANY, a corporation; DOES 4-50, inclusive<br><br>        Defendants.<br>_____/ | Case No. C 08-04847 SI<br><br>**STIPULATION AND (PROPOSED) ORDER EXTENDING ADR DEADLINE** |

**STIPULATION**

Pursuant to Local Rule 7-11, the parties file this stipulated motion to extend the ADR deadline in this case.

The parties have agreed to mediation of this matter through an ADR-appointed mediator, and Michael Bien, Esq. has been appointed as mediator. Mediation was to have been completed by September 30, 2009. The parties have been engaged in discovery in this action, but further discovery

STIPULATION AND (PROPOSED) ORDER EXTENDING ADR DEADLINES        1
Case No. C 08 04847 SI

must be completed in order to conduct meaningful ADR discussions. The parties have conferred with Mr. Bien, the ADR appointed mediator in this action, who concurs with the parties' request to extend the ADR deadline. Discovery in the case is proceeding, and the parties and Mr. Bien have agreed to conduct the mediation on or before December 4, 2009, when all parties will have completed discovery sufficiently for purposes of mediation.

Dated:  September 1, 2009                    **The Law Offices of John L. Burris**

                                                                                                                                                                                                                                                   __/s/_____
                                                                                                      Benjamin Nisenbaum
                                                                                                      Attorney for Plaintiff

Dated:  September 1, 2009                    John A. Russo, City Attorney
                                                                            Randolph W. Hall, Assistant City Attorney
                                                                            James F. Hodgkins, Supervising Trial Attorney
                                                                            Charles E. Vose, Senior Deputy City Attorney

                                                                          ____/s/_____
                                                                         Charles E. Vose, Senior Deputy City Attorney
                                                                         Attorney for Defendants

### (proposed) Order

**PURSUANT TO STIPULATION,** good cause based on the parties' need to conduct additional discovery, the Court hereby Orders that the deadline for completion of ADR in this action is hereby extended to December 4, 2009.

**IT IS SO ORDERED.**

Dated:_____                           _____
                                                                                     Hon. Susan Ilston
                                                                                     United States District Judge