Jeffrey W. Allen (SBN 099240)
Vincent J. Adams (SBN 249696)
VAN DE POEL, LEVY & ALLEN, LLP
1600 South Main Plaza, Suite 325
Walnut Creek, California 94596
Telephone: (925) 934-6102
Facsimile: (925) 934-6060

Attorneys for Defendant
A&B AUTO COMPANY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN SLIDER<br><br>Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND, a municipal corporation; et al.,<br><br>Defendants. | CASE NO.: C08-04847 SI<br><br>**PROPOSED ORDER FOR STIPULATION TO ENLARGE TIME FOR A&B AUTO COMPANY, INC. TO ANSWER CROSS-COMPLAINT**<br><br>*Honorable SUSAN ILLSTON* |
| CITY OF OAKLAND<br><br>Cross-Complainant,<br><br>v.<br><br>A&B AUTO, and ROES 1-100<br><br>Cross-Defendants. | |

It is stipulated and agreed by and between Cross-Defendant A & B AUTO and Defendant/Cross-Complainant CITY OF OAKLAND, that the date for Cross-Defendant to respond to Cross-Complainant's Cross-Complaint shall be extended to December 16, 2009.

///

///

///

{00601022.DOC;1}                                    1

STIPULATION TO ENLARGE TIME FOR A&B AUTO COMPANY, INC. TO ANSWER CROSS-COMPLAINT

1  The stipulation is accepted by the Court in good cause having been shown, IT IS SO
2  ORDERED:
3  DATED:

*[signature: Susan Illston]*

THE HONORABLE SUSAN ILLSTON
JUDGE OF THE U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VAN DE POEL,
LEVY & ALLEN, LLP
ATTORNEYS AT LAW
1600 South Main Plaza
Suite 325
Walnut Creek, CA 94596
Telephone: (925) 934-6102
Facsimile: (925) 934-6060

{00601022.DOC;1}　　　　2

STIPULATION TO ENLARGE TIME FOR A&B AUTO COMPANY, INC. TO ANSWER CROSS-COMPLAINT