```
1  JOHN A. RUSSO, City Attorney, State Bar #129729
   RANDOLPH W. HALL, Assistant City Attorney, State Bar #080142
2  JAMES F. HODGKINS, Supervising Trial Attorney, State Bar #142561
   CHARLES E. VOSE, Senior Deputy City Attorney, State Bar #139700
3  One Frank Ogawa Plaza, 6th Floor
   Oakland, California  94612
4  Telephone:  (510) 238-2961    Fax:  (510) 238-6500
   cevose@oaklandcityattorney.org
5  26502/647222

6  Attorneys for Defendants
   CITY OF OAKLAND, CHIEF WAYNE TUCKER,
7  SGT. WALKER BARDSLEY, and OFFICERS
   JOHN CUNNIE and JOSEPH FESMIRE
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN SLIDER,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND, a municipal corporation; WAYNE TUCKER, in his official capacity as Chief of Police for the CITY OF OAKLAND, A&B AUTO COMPANY, a corporation, DOES 1-50, inclusive,<br><br>Defendants. | Case No.: C 08-04847 SI<br><br>**STIPULATION AND ORDER TO EXTEND NON-EXPERT DISCOVERY DEADLINE**<br><br>THE HONORABLE SUSAN ILLSTON |

The parties have been actively participating in discovery in this matter, including written discovery and depositions. Defendant City of Oakland has noticed Plaintiff's deposition for April 15, 2010 as well as another witness for April 13, 2010. However, due to the unavailability of counsel for Plaintiff for these depositions (Plaintiff's counsel is beginning a two- week trial on April 12, 2010), the parties have agreed and stipulated to

1  continue the deadline to complete non-expert discovery from the current deadline of April
2  16, 2010 to May 21, 2010.

3
4                           Respectfully submitted,
5  DATED: MARCH 30, 2010
6                           JOHN A. RUSSO, City Attorney
                            RANDOLPH W. HALL, Assistant City Attorney
7                           JAMES F. HODGKINS, Supervising Trial Attorney
                            CHARLES E. VOSE, Senior Deputy City Attorney
8
                    By:              /s/
9                           Attorneys for Defendants CITY OF OAKLAND, CHIEF
                            WAYNE TUCKER, SGT. WALKER BARDSLEY, and
10                          OFFICERS JOHN CUNNIE and JOSEPH FESMIRE

11
   DATED: MARCH 30, 2010
12
                            BENJAMIN NISENBAUM, ESQ.
13

14                  By:              /s/
                            LAW OFFICES OF JOHN BURRIS
15                          Attorney for Plaintiff SEAN SLIDER

16 DATED: MARCH 30, 2010

17                          VINCENT J. ADAMS, ESQ.

18
                    By:              /s/
19                          VAN DE POEL, LEVY & ALLEN
                            Attorney for Defendant and Cross-Defendant A&B AUTO
20

21
22
23
24
25
26

- 2 -

STIPULATION AND ORDER TO EXTEND
NON-EXPERT DISCOVERY DEADLINE                                    C-08-04847 SI

## ORDER

Pursuant to the stipulation of the parties and good cause appearing therefore, it is hereby ordered that the deadline for Non-Expert Discovery to be completed in this matter is continued from Friday, April 16, 2010, to Friday, May 21, 2010.

**IT IS SO ORDERED.**

Dated:_____

_____
THE HONORABLE SUSAN ILLSTON
United States District Court Judge