JOHN A. RUSSO, City Attorney, State Bar #129729
RANDOLPH W. HALL, Assistant City Attorney, State Bar #080142
JAMES F. HODGKINS, Supervising Trial Attorney, State Bar #142561
CHARLES E. VOSE, Senior Deputy City Attorney, State Bar #139700
One Frank Ogawa Plaza, 6th Floor
Oakland, California  94612
Telephone:  (510) 238-2961      Fax:  (510) 238-6500
cevose@oaklandcityattorney.org
26502/649313

Attorneys for Defendants
CITY OF OAKLAND, CHIEF WAYNE TUCKER,
SGT. WALKER BARDSLEY, and OFFICERS
JOHN CUNNIE and JOSEPH FESMIRE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN SLIDER,<br><br>       Plaintiff,<br><br>CITY OF OAKLAND, a municipal corporation; WAYNE TUCKER, in his official capacity as Chief of Police for the CITY OF OAKLAND, WALKER BARDSLEY, JOHN CUNNIE and JOSEPH FESMIRE, individually and in their capacities as police officers for the City of Oakland; A&B AUTO COMPANY, a corporation, DOES 4-50, inclusive,<br><br>       Defendants. | Case No.:  C 08-04847 SI<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**THE HONORABLE SUSAN ILLSTON** |

The parties to this action hereby stipulate to continue the Case Management

Conference, currently scheduled for Friday, April 16, 2010 to Friday, May 21, 2010.  The

continued Case Management Conference date corresponds with the date for the close of

1 | non-expert discovery in this matter.

2

3 |                                    Respectfully submitted,

4 | DATED: APRIL 12, 2010

5 |                                    JOHN A. RUSSO, City Attorney
   |                                    RANDOLPH W. HALL, Assistant City Attorney
6 |                                    JAMES F. HODGKINS, Supervising Trial Attorney
   |                                    CHARLES E. VOSE, Senior Deputy City Attorney
7

8 |                           By:      _____/s/_____
   |                                    Attorneys for Defendants CITY OF OAKLAND, CHIEF
   |                                    WAYNE TUCKER, SGT. WALKER BARDSLEY, and
9 |                                    OFFICERS JOHN CUNNIE and JOSEPH FESMIRE

10

11 | DATED: APRIL 12, 2010

12 |                                    BENJAMIN NISENBAUM, ESQ.

13 |                          By:       _____/s/_____
   |                                    LAW OFFICES OF JOHN BURRIS
14 |                                    Attorney for Plaintiff SEAN SLIDER

15 | DATED: APRIL 12, 2010

16 |                                    VINCENT J. ADAMS, ESQ.

17

18 |                          By:       _____/s/_____
   |                                    VAN DE POEL, LEVY & ALLEN
19 |                                    Attorney for Defendant and Cross-Defendant A&B AUTO

20

21

22

23

24

25

26

- 2 -

<u>**ORDER**</u>

Pursuant to the stipulation of the parties and good cause appearing therefore, it is hereby ordered that the Case Management Conference scheduled for Friday, April 16, 2010, is continued to Friday, ~~May 21~~ June 18, 2010.  As the parties have already filed an Updated Case Management Conference statement, no further statement shall be required.

**IT IS SO ORDERED.**

Dated:_____

_____
THE HONORABLE SUSAN ILLSTON
United States District Court Judge

- 3 -

STIPULATION AND ORDER TO CONTINUE
CASE MANAGEMENT CONFERENCE                                C-08-04847 SI