Jeffrey W. Allen (SBN 099240)
Vincent J. Adams (SBN 249696)
VAN DE POEL, LEVY & ALLEN, LLP
1600 South Main Plaza, Suite 325
Walnut Creek, California 94596
Telephone: (925) 934-6102
Facsimile: (925) 934-6060

Attorneys for Defendant
A&B AUTO COMPANY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN SLIDER<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND, a municipal corporation; et al.,<br><br>    Defendants. | CASE NO.: C08-04847 SI<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S COMPLAINT AS AGAINST DEFENDANT A&B AUTO COMPANY ONLY**<br><br>*Honorable SUSAN ILLSTON* |
| CITY OF OAKLAND<br><br>    Cross-Complainant,<br><br>v.<br><br>A&B AUTO, and ROES 1-100<br><br>    Cross-Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff, SEAN SLIDER, and Defendant, A&B AUTO COMPANY, INC, through their designated counsel, that Defendant, A&B AUTO COMPANY, INC., be dismissed from Plaintiff SEAN SLIDER's First Amended Complaint for

///

///

{00657258.DOC;1}                           1

VAN DE POEL,
LEVY & ALLEN, LLP
ATTORNEYS AT LAW
425 California Street
19th Floor
San Francisco, CA 94104
Telephone: (415) 291-8844
Facsimile: (415) 291-8855

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S COMPLAINT
AS AGAINST DEFENDANT A&B AUTO COMPANY ONLY

VAN DE POEL,
LEVY & ALLEN, LLP
ATTORNEYS AT LAW
425 California Street
19th Floor
San Francisco, CA 94104
Telephone: (415) 291-8844
Facsimile: (415) 291-8855

Damages against A&B Auto Company only (Document 20), with prejudice, pursuant to FRCP 41(a). Plaintiff's action remains pending as against all other Defendants.

DATED: May 1́, 2010　　　　　　　　LAW OFFICES OF JOHN L. BURRIS

_____
JOHN L. BURRIS
BENJAMIN NISENBAUM
Attorneys for Plaintiff
SEAN SLIDER

DATED: May 18, 2010　　　　　　　　VAN DE POEL, LEVY & ALLEN, LLP

_____
JEFFREY W. ALLEN
VINCENT J. ADAMS
Attorneys for Defendant and Cross-Defendant
A&B AUTO COMPANY, INC.

## ORDER

PURSUANT TO THE STIPULATION, THE COURT ORDERS that Defendant and Cross-Defendant A&B AUTO COMPANY, INC., hereby is dismissed with prejudice, from Plaintiff SEAN SLIDER's First Amended Complaint for Damages against A&B Auto Company (Document 20) only.

**IT IS SO ORDERED.**

DATED: _____, 2010

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Re: | Sean Slider v. City of Oakland, et al. |
| Court: | United States District Court-Northern District |
| Action No: | C08-04847 SI |

## PROOF OF SERVICE

I declare that I am over the age of 18, not a party to the above-entitled action, and am an employee of Van De Poel, Levy & Allen, LLP whose business address is 1600 South Main Plaza, Suite 325, Walnut Creek, CA 94596. On May 19, 2010, I served the following document(s) in the following manner(s):

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S COMPLAINT AS AGAINST DEFENDANT A&B AUTO COMPANY ONLY**

☒ **MAIL:** By placing the document(s) listed above in a sealed envelope with postage thereon, in the United States mail at Walnut Creek, California, addressed as set forth below.

☒ **E-FILE:** By transmitting a true copy, via electronic service through the USDC ECF system to recipients listed with court relative to above case

☐ **PERSONAL DELIVERY:** By personally delivering to and leaving a true copy thereof with the following person(s) at the following address(es) on the date set forth above.

☐ **E-MAIL:** By consigning the document(s) listed above to a messenger service for personal delivery to the following person(s) at the following address on the date set forth below.

☐ **OVERNIGHT:** By placing a copy thereof into envelope(s) bearing the name(s) and address(es) and county(ies) of the person(s) to be served by commercial carrier service for overnight delivery as shown below.

| | |
|---|---|
| John L. Burris, Esq.<br>Benjamin Nisenbaum, Esq.<br>LAW OFFICES OF JOHN BURRIS<br>Airport Corporate Center<br>7677 Oakport Street, Suite 1120<br>Oakland, California 94621<br>Tel: (510) 839-5200<br>Attorney for Plaintiff SEAN SLIDER | Charles E. Vose, Esq.<br>OAKLAND CITY ATTORNEY'S OFFICE<br>One Frank Ogawa Plaza, 6th Floor<br>Oakland, California 94612<br>Tel: (510) 238-2961<br>Fax: (510) 238-6500<br>Email: cevose@oaklandcityattorney.org<br>Attorney for Defendant CITY OF OAKLAND |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED:    May 19, 2010

_Ramonda Clarke_ (signature)
Ramonda Clarke