Jeffrey W. Allen (SBN 099240)
Vincent J. Adams (SBN 249696)
VAN DE POEL, LEVY & ALLEN, LLP
1600 South Main Plaza, Suite 325
Walnut Creek, California 94596
Telephone:     (925) 934-6102
Facsimile:     (925) 934-6060

Attorneys for Defendant
A&B AUTO COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN SLIDER<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND, a municipal corporation; et al.,<br><br>    Defendants. | CASE NO.: C08-04847 SI<br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF CITY OF OAKLAND'S CROSS-COMPLAINT AS AGAINST CROSS-DEFENDANT A&B AUTO COMPANY, INC.**<br><br>*Honorable SUSAN ILLSTON* |
| CITY OF OAKLAND<br><br>    Cross-Complainant,<br><br>v.<br><br>A&B AUTO, and ROES 1-100<br><br>    Cross-Defendants. | |

IT IS HEREBY STIPULATED by and between the Defendant and Cross-Complainant, CITY OF OAKLAND, and Defendant and Cross-Defendant, A&B AUTO COMPANY, INC, through their designated counsel, that Defendant and Cross-Defendant, A&B AUTO COMPANY, INC., be dismissed from the CITY OF OAKLAND's Cross-Complaint for Equitable Indemnity, Equitable Contribution, Breach of Contract and Declaratory Relief Against A&B Auto (Document 51), without prejudice, pursuant to FRCP 41(a).

DATED: June 4, 2010     OAKLAND CITY ATTORNEY

By: /s/ Charles E. Vose
CHARLES E. VOSE
Attorneys for Defendant and Cross-Complainant
CITY OF OAKLAND

DATED: June ___, 2010     VAN DE POEL, LEVY & ALLEN, LLP

By: _____
JEFFREY W. ALLEN
VINCENT J. ADAMS
Attorneys for Defendant and Cross-Defendant
A&B AUTO COMPANY, INC.

## ORDER

PURSUANT TO THE STIPULATION, THE COURT ORDERS that Defendant and Cross-Defendant A&B AUTO COMPANY, INC., hereby is dismissed without prejudice, from the CITY OF OAKLAND's Cross-Complaint for Equitable Indemnity, Equitable Contribution, Breach of Contract and Declaratory Relief Against A&B Auto (Document 51).

**IT IS SO ORDERED.**

DATED: _____, 2010

_____
UNITED STATES DISTRICT JUDGE

DATED: June ___, 2010          OAKLAND CITY ATTORNEY

By: _____
CHARLES E. VOSE
Attorneys for Defendant and Cross-Complainant
CITY OF OAKLAND


DATED: June 1, 2010            VAN DE POEL, LEVY & ALLEN, LLP

By: _____
JEFFREY W. ALLEN
VINCENT J. ADAMS
Attorneys for Defendant and Cross-Defendant
A&B AUTO COMPANY, INC.

### ORDER

PURSUANT TO THE STIPULATION, THE COURT ORDERS that Defendant and Cross-Defendant A&B AUTO COMPANY, INC., hereby is dismissed without prejudice, from the CITY OF OAKLAND's Cross-Complaint for Equitable Indemnity, Equitable Contribution, Breach of Contract and Declaratory Relief Against A&B Auto (Document 51).

**IT IS SO ORDERED.**

DATED: _____, 2010

_____
UNITED STATES DISTRICT JUDGE