1  JOHN A. RUSSO, City Attorney, State Bar #129729
   RANDOLPH W. HALL, Chief Assistant City Attorney, State Bar #080142
2  JAMES F. HODGKINS, Supervising Trial Attorney, State Bar #142561
   CHARLES E. VOSE, Senior Deputy City Attorney, State Bar #139700
3  One Frank Ogawa Plaza, 6th Floor
   Oakland, California  94612
4  Telephone:  (510) 238-2961     Fax:  (510) 238-6500
   cevose@oaklandcityattorney.org
5  26502/683705

6  Attorneys for Defendants
   CITY OF OAKLAND, SGT. WALKER BARDSLEY,
7  and OFFICERS JOHN CUNNIE AND JOSEPH FESMIRE

8

9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

13  SEAN SLIDER,                          Case No.:  C 08-04847 SI (MEJ)

14         Plaintiff,
                                          ORDER EXCUSING SGT. WALKER
15  CITY OF OAKLAND, a municipal          BARDSLEY AND OFFICERS JOHN
    corporation; WAYNE TUCKER, in his official  CUNNIE AND JOSEPH FESMIRE FROM
16  capacity as Chief of Police for the CITY OF  SETTLEMENT CONFERENCE
    OAKLAND; JOHN CUNNIE, individually and
17  in his capacity as a police officer for the CITY
    OF OAKLAND, JOSEPH SESMIRE,
18  individually and in his capacity as a police
    officer for the CITY OF OAKLAND, WALKER
19  BARDSLEY, individually and in his capacity
    as a police officer for the CITY OF
20  OAKLAND, A&B AUTO COMPANY, a
    corporation; DOES 4-50, inclusive.
21                                        The Honorable SUSAN ILLSTON
           Defendants.
22

23

24         Upon application by defendants in this action SGT. WALKER BARDSLEY

25  and OFFICERS JOHN CUNNIE and JOSEPH FESMIRE, it is hereby ordered as follows:

26  ///

SGT. WALKER BARDSLEY and OFFICERS JOHN CUNNIE and JOSEPH FESMIRE are hereby excused from attending the Settlement Conference in this action, scheduled for Tuesday August 3, 2010. A command level member of the Oakland Police Department will attend the Settlement Conference on behalf of SGT. WALKER BARDSLEY and OFFICERS JOHN CUNNIE and JOSEPH FESMIRE.

**IT IS SO ORDERED.**

Dated: July 29, 2010

_____
THE HONORABLE MARIA-ELENA JAMES
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE